**NONPRECEDENTIAL DISPOSITION**

To be cited only in accordance with Fed. R. App. P. 32.1

# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604

Submitted September 15, 2016
Decided September 19, 2016

## Before

RICHARD A. POSNER, *Circuit Judge*

FRANK H. EASTERBROOK, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

| | |
|---|---|
| No. 16-3420 | Appeal from the United States District Court for the Central District of Illinois. |
| TIMOTHY BELL, *Plaintiff-Appellant*, | |
| *v.* | |
| EUGENE MCADORY, *et al.*, *Defendants-Appellees*. | No. 12-3138-CSB-DGB Colin S. Bruce, *Judge*. |

## Order

After Timothy Bell had filed a notice of appeal (No. 15-1036), the district court denied a motion to extend the time for appeal. See Fed. R. App. P. 4(a)(5). Bell has filed another notice of appeal, directed to that order.

The only appealable order in this case is the district court's final decision. Procedural matters such as orders under Rule 4(a)(5) are not separately appealable. Instead they are reviewable in the initial appeal. The current appeal therefore is dismissed for want of jurisdiction.